IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INTERCURRENCY SOFTWARE LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>BINANCE HOLDINGS LTD.,<br><br>*Defendant*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00370-JRG<br><br>(Lead Case) |
| INTERCURRENCY SOFTWARE LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>BLOCKCHAIN (GB) LTD. and BLOCKCHAIN.COM, INC.,<br><br>*Defendants*. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00369-JRG<br><br>(Member Case) |

## **ORDER**

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Plaintiff Intercurrency Software LLC ("Plaintiff") and Defendants Blockchain (Gb) Ltd. and Blockchain.com, Inc. ("Defendants" and with Plaintiff, the "Parties"). (Dkt. No. 52.) In the Stipulation, the Parties request dismissal of "[a]ll claims that Plaintiff raised or could have raised in case no[.] 2:23-cv-369" with prejudice under Rule 41(a)(1)(A)(ii). (*Id*. at 1.) "Each Party will bear its own costs, expenses, and attorneys' fees." (*Id*.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action raised by Plaintiff, or that could have been raised by Plaintiff, against Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case between the Parties not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Member Case No. 2:23-CV-00369-JRG as no parties or claims remain, but the Clerk of Court is directed to **MAINTAIN AS OPEN** Lead Case No. 2:23-CV-00370-JRG.

**So Ordered this**
**Jun 4, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE